# United States Bankruptcy Court
## Western District of Washington, at Seattle

In re    Jack Carlton Cramer, Jr.

_____

Debtor

Case No.    09-15167-SJS

Chapter    7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 411,000.00 | | |
| B – Personal Property | YES | 4 | $ 39,135.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $ 596,718.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 9 | | $ 54,059.04 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,576.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 3,404.00 |
| **TOTAL** | | 24 | $ 450,135.00 | $ 650,777.04 | |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4-722 - 30195 - PDF-XChange 3.0

# United States Bankruptcy Court
## Western District of Washington, at Seattle

In re    Jack Carlton Cramer, Jr.           Case No.    09-15167-SJS
                  Debtor

                                           Chapter     7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 0.00 |

**State the Following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 2,576.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 3,404.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 5,887.00 |

**State the Following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 159,585.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 54,059.04 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 213,644.04 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4-722 - 30195 - PDF-XChange 3.0

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4.4-722 - 30195 - PDF-XChange 3.0

In re   Jack Carlton Cramer, Jr.                  Case No.   09-15167-SJS
          **Debtor**                                                           **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence (homestead):  15605 63rd Ave NE, Kenmore, WA 98028<br><br>15605 63rd Ave NE<br>Kenmore, WA 98020 | Fee Simple | H | 411,000.00 | Exceeds Value |
| | | Total ➤ | 411,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4-722 - 30195 - PDF-XChange 3.0

In re  Jack Carlton Cramer, Jr.                                    Case No.  09-15167-SJS
                **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking accnt at Prime Pacific Bank, Kenmore, WA, Acct # 25000309<br>In debtor possession. | H | 2,500.00 |
| | | Savings acct at Prime Pacific Bank, Kenmore, WA, Acct # 025001652<br>In debtor possession. | H | 1,500.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household goods, furnishings, appliances,etc.<br>In debtor possession. | H | 3,285.00 |
| | | Lawn mower; Power washer; Weedeater; Chain saw; Misc household & garden tools<br>In debtor possession. | H | 400.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures, art obkects<br>In debtor possession. | H | 400.00 |
| | | Compact disks $25<br>In debtor possession. | H | 25.00 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4-722 - 30195 - PDF-XChange 3.0

In re   Jack Carlton Cramer, Jr.                                      Case No.  09-15167-SJS
              **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Collection of die-cast cars<br>In debtor possession. | H | 1,000.00 |
| 6.   Wearing apparel. | | Wearing apparel<br>In debtor possession. | H | 500.00 |
| 7.   Furs and jewelry. | | Personal watches and rings<br>In debtor possession. | H | 125.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | Mountain Bike<br>In debtor possession. | H | 300.00 |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4-4.722 - 30195 - PDF-XChange 3.0

In re  Jack Carlton Cramer, Jr.                                    Case No.  09-15167-SJS
_____                          _____
            **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | | Claim against Countrywide Home Loans Inc. and Land Safe Title of Washington for damages caused by breach of Settlement Agreement made July 2003 in King County Superior Court case #  02-2-23019-9 SEA<br>Value of this claim is substantial but unliquidated. | H | Indeterminate |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 GMC Sierra 4-door pick-up truck 25,250 miles on OD; very good condition<br>In debtor possession. | H | 24,000.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | | Dog: Scottie Terrrier | H | 100.00 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4.4-722 - 30195 - PDF-XChange 3.0

In re   Jack Carlton Cramer, Jr.                                    Case No.   09-15167-SJS
_____                          _____
          **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | In debtor possession. | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | Power tools, hand tools, and tool box In debtor possession. | H | 5,000.00 |

                    0       continuation sheets attached     Total   $        39,135.00
          _____
                                     (Include amounts from any continuation
                                       sheets attached. Report total also on
                                            Summary of Schedules.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4.4-722 - 30195 - PDF-XChange 3.0

In re  Jack Carlton Cramer, Jr.                                    Case No.  09-15167-SJS
_____                                    _____
            **Debtor**                                                  **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑  11 U.S.C. § 522(b)(2)           ☐  Check if debtor claims a homestead exemption that exceeds
☐  11 U.S.C. § 522(b)(3)                $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Checking accnt at Prime Pacific Bank, Kenmore, WA, Acct # 25000309 | 11 U.S.C. 522(d)(5) | 2,500.00 | 2,500.00 |
| Household goods, furnishings, appliances,etc. | 11 U.S.C. 522(d)(3) | 3,285.00 | 3,285.00 |
| Power tools, hand tools, and tool box | 11 U.S.C. 522(d)(5) | 5,000.00 | 5,000.00 |
| Books, pictures, art obkects | 11 U.S.C. 522(d)(5) | 400.00 | 400.00 |
| Compact disks $25 | 11 U.S.C. 522(d)(5) | 25.00 | 25.00 |
| Wearing apparel | 11 U.S.C. 522(d)(3) | 500.00 | 500.00 |
| Personal watches and rings | 11 U.S.C. 522(d)(4) | 125.00 | 125.00 |
| 2007 GMC Sierra 4-door pick-up truck 25,250 miles on OD; very good condition | 11 U.S.C. 522(d)(2) | 0.00 | 24,000.00 |
| Dog: Scottie Terrrier | 11 U.S.C. 522(d)(5) | 100.00 | 100.00 |
| Lawn mower; Power washer; Weedeater; Chain saw; Misc household & garden tools | 11 U.S.C. 522(d)(3) | 400.00 | 400.00 |
| Residence (homestead): 15605 63rd Ave NE, Kenmore, WA 98028 | 11 U.S.C. 522(d)(1) | 0.00 | 411,000.00 |
| Collection of die-cast cars | 11 U.S.C. 522(d)(5) | 1,000.00 | 1,000.00 |
| Savings acct at Prime Pacific Bank, Kenmore, WA, Acct # 025001652 | 11 U.S.C. 522(d)(5) | 1,500.00 | 1,500.00 |
| Mountain Bike | 11 U.S.C. 522(d)(5) | 300.00 | 300.00 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4.4-722 - 30195 - PDF-XChange 3.0

In re ___Jack Carlton Cramer, Jr._____,  Case No. 09-15167-SJS
      **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 53278 <br><br> Countrywide Home Loans <br> 450 American Street <br> Simi Valley, CA 93065 | | | Incurred: 12/22/2000 <br> Alternate address <br><br><br> VALUE $ 0.00 | | X | X | Notice Only | Notice Only |
| ACCOUNT NO. 53278 <br><br> Countrywide Home Loans, Inc. <br> Regional Office <br> 11711 SE 8th Street, Suite # 210 <br> Bellevue, WA 98005 | | | Too much text for this space to hold <br><br><br> VALUE $ 0.00 | | X | X | Unknown | Unknown |
| ACCOUNT NO. Unknown <br><br> David A. Weibel, Atty at Law <br> Bishop, White, Marshall, P.S. <br> 720 Olive Way, Suite 1301 <br> Seattle, WA 98101-1801 | | | Attorney for plaintiff Residential Funding Company, LLC. in King County case # 08-2-03307-4 SEA <br> VALUE $ 0.00 | | X | X | Notice Only | Notice Only |

___2___ continuation sheets attached

Subtotal ▶ $ 0.00 | $ 0.00
(Total of this page)

Total ▶ $ | $
(Use only on last page)

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4-722 - 30195 - PDF-XChange 3.0

In re  Jack Carlton Cramer, Jr. _____,     Case No. _____09-15167-SJS_____
       **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Litton Loan No. 0014956593<br><br>Litton Loan Servicing<br>4828 Loop Central Drive, 4th Floor<br>Houston, TX 77081-2212 | | | Litton is a past and/or present "servicer" of debtor's mortgage loan [note for $272,000 secured by 1st deed of trust]<br><br>VALUE $    0.00 | | X | X | Notice Only | Notice Only |
| ACCOUNT NO. Unknown<br><br>Mortgage Electronic Registration Systems, Inc. [MERS]<br>P.O. Box 2026<br>Flint, MI 48501-2026 | | | MERS is listed as beneficiary snf described as "nominee for lender" in Deed of Trust dated 12/22/2000<br><br>VALUE $    0.00 | | X | X | Notice Only | Notice Only |
| ACCOUNT NO. Unknown<br><br>Mortgage Market, Inc.<br>9020 SW Washington Square Dr #550<br>Tigard, OR 97223 | | | Incurred: 2000<br>Mortgage Market, Inc. is listed as lender in the Deed of Trust dated 12/22/2000<br><br>VALUE $    0.00 | | X | X | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Norman B. Maas<br>PO Box 82001<br>Kenmore WA 98028-0001 | | | Incurred: 08/24/2001<br>Lien: 2nd Deed of Trust<br>Security: Debtor's homestead<br>Note for $7,800 dated 08/24/2001 secured by 2nd Deed of Trust<br><br>VALUE $    411,000.00 | | | | 7,800.00 | 7,800.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. Unknown<br><br>Residential Funding Company, LLC<br>c/o Bishop, White & Marshall, P.S.<br>720 Olive Way, Suite 1301<br>Seattle, WA 98101-1801 | | | Lien: Deed of Trust<br>Security: Debtor's homestead<br>Residential Funding Co, asserts a claim totalling more than $562,000.00. The claim is disputed.<br><br>VALUE $    411,000.00 | | X | X | 562,000.00 | 151,000.00 |

Sheet no. 1 of 2 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) (Total(s) of this page) | $ 569,800.00 | $ |
| Total(s) (Use only on last page) | $ | $ |

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4-722 - 30195 - PDF-XChange 3.0

In re ___Jack Carlton Cramer, Jr._____ ,        Case No. ____09-15167-SJS_____

      **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 106173651<br><br>SNAP-ON CREDIT LLC<br>PO BOX 506<br>GURNEE, IL 60031 | | | Incurred: 05/2002<br>Lien: PMSI<br>Security: Toolbox<br>Secured by a toolbox.<br>Monthly payments are $150.00<br><br>VALUE $ 5,000.00 | | | | 2,133.00 | 0.00 |
| ACCOUNT NO. 51870154....<br><br>WFS/WACHOVIA DEALER SVCS<br>PO BOX 1697<br>WINTERVILLE, NC 28590 | | | Incurred: 2007<br>Lien: PMSI<br>Security: Motor Vehicle: 2007 GMC Sierra 4 door pickup truck<br><br>VALUE $ 24,000.00 | | | | 24,785.00 | 785.00 |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to                          Subtotal (s)    $   26,918.00   $    785.00
Schedule of Creditors Holding Secured Claims                (Total(s) of this page)
                                                         Total(s)     $   596,718.00   $   159,585.00
                                        (Use only on last page)
                                           (Report also on        (If applicable, report
                                          Summary of Schedules)   also on Statistical
                                                              Summary of Certain
                                                              Liabilities and Related
                                                              Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4-4.722 - 30195 - PDF-XChange 3.0

In re _Jack Carlton Cramer, Jr._____,  Case No._____09-15167-SJS_____
                      Debtor                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4.4-722 - 30195 - PDF-XChange 3.0

**B6E (Official Form 6E) (12/07) - Cont.**

In re  Jack Carlton Cramer, Jr.                                    ,          Case No. 09-15167-SJS
_____                    _____
                              Debtor                                              (if known)

☐    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

0
____ **continuation sheets attached**

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4.4-722 - 30195 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07)

In re ___Jack Carlton Cramer, Jr._____,     Case No. ___09-15167-SJS_____
            **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  002196965010334468 <br><br> AMEX <br> PO BOX 297812 <br> FT LAUDERDALE, FL 33329 | | | Incurred: Opened 1994 <br> Also: <br> # 00219696501032509 3 <br> # 002196965010339242 | | | X | Notice Only |
| ACCOUNT NO.  19566326 <br><br> Arrow Financial <br> 5996 W Toughy Ave <br> Niles IL 60714 | | | Incurred: 2003 | | | X | Notice Only |
| ACCOUNT NO.  5053136724561.... <br><br> BANK OF AMERICA <br> 4161 PIEDMONT PKWY <br> GREENSBORO, NC 27410 | | | | | | X | Notice Only |
| ACCOUNT NO.  477721084111.... <br><br> BANKFIRST <br> 1509 W 41ST ST <br> SIOUX FALLS, SD 57105 | | | | | | X | Notice Only |

___8___ continuation sheets attached

Subtotal ➤ | $ | 0.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4.4-722 - 30195 - PDF-XChange 3.0

In re ___Jack Carlton Cramer, Jr._____,  Case No. ___09-15167-SJS_____
              **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4861646986220 <br><br> Bon / FDSB <br> 1345 S 52nd Street <br> Tempe Az  85281 | | | Incurred: 08/2003 | | | X | 857.00 |
| ACCOUNT NO.  438864154263.... <br><br> CAPITOL ONE <br> PO BOX 30281 <br> SALT LAKE CITY, UT 84130 | | | Incurred: Opened 1999 <br> Also: <br> # 529107161001.... <br> # 529115164355.... | | | X | Notice Only |
| ACCOUNT NO.  5346681001040997 <br><br> CCS/CORTRUST BANK <br> 500 E 60TH ST N <br> SIOUX FALLS, SD 57104 | | | Incurred: 08/2001 <br> This account was "purchased by another lender." | | | X | 541.00 |
| ACCOUNT NO.  447948270049.... <br><br> CHASE <br> 800 BROOKSEDGE BLVD <br> WESTERVILLE, OH 43081 | | | Incurred: Opened 1997 <br> This account was "purchased by another lender." | | | X | Notice Only |
| ACCOUNT NO.  530702... <br><br> CITI/SHELL <br> PO BOX 6497 <br> SIOUX FALLS, SD 57117 | | | Incurred: Opened 1987 <br> Charged off / Written off as of Jan 2006 | | | X | Notice Only |

Sheet no. __1__ of __8__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 1,398.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4-722 - 30195 - PDF-XChange 3.0

In re  Jack Carlton Cramer, Jr. _____,          Case No.  09-15167-SJS _____

            **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 276....<br><br>Credit Acceptance Corp<br>PO Box 513<br>Southfield MI 48037 | | | | | | X | Notice Only |
| ACCOUNT NO. N/A<br><br>David E. Fennell<br>Routh Crabtree Olsen, P.S.<br>3535 Factoria Blvd. SE #200<br>Bellevue, WA 98006 | | | Former attorney for Countrywide Home Loans, Litton Loan Servicing, and Residential Funding Corp. | | | X | Notice Only |
| ACCOUNT NO.<br><br>Debora Lorraine Johnston<br>15605 63rrd Ave NE<br>Kenmore, WA 98028 | | | Debtor's wife. She has filed for dissolution of marriage. Her current address is unknown. This address is the marital residence. | | | | Notice Only |
| ACCOUNT NO.<br><br>Debora Lorraine Johnston<br>c/o Robin L. Scott, Atty at Law<br>602 Maple Ave., Suite 208<br>Snohomish, WA 98290-2590 | | | Estranged wife's dissolution lawyer. | | | | Notice Only |
| ACCOUNT NO. 6011009530093<br><br>DISCOVER FINANCIAL<br>PO BOX 15316<br>WILMINGTON DE 19850 | | | Incurred: Begin 1987 | | | X | Notice Only |

Sheet no. 2 of 8 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $         0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc.- ver. 4.4.4-722 - 30195 - PDF-XChange 3.0

In re  Jack Carlton Cramer, Jr._____,    Case No. ___09-15167-SJS_____

**Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  545800370426 <br><br> DMCCB <br> KIRKLAND ONE <br> SCOTTSDALE  AZ 85254 | | | Incurred: 01/2000 | | | X | Unknown |
| ACCOUNT NO.  5433628701012977 <br><br> FIRST PREMIER BANK <br> 601 S MINNESOTA AVE <br> SIOUX FALLS, SD 57104 | | | Incurred: 7/2000 <br> Other account numbers: <br> Acct # 430171811066.... <br> Acct # 46100780133.... <br> Acct # 517800761004.... <br> Acct # 517800794533.... | | | X | Notice Only |
| ACCOUNT NO.  2579.... <br><br> FORD CREDIT <br> PO BOX 152271 <br> IRVING, TX 75015 | X | | Incurred: Opened 12/2000 <br> This claim arises from voluntary surrender of a motor vehicle by debtor's wife. | | | X | Notice Only |
| ACCOUNT NO.  4055900002411277 <br><br> GE CARD CO <br> PO BOX 429346 <br> CONCINATTI  OH  45242 | | | Incurred: 09/1998 | | | X | Notice Only |
| ACCOUNT NO.  Unkown <br><br> GENESIS FINANCIAL SOLUTI <br> [re Providian Bank] <br> 8705 SW NIMBUS AVE STE 3 <br> BEAVERTON, OR 97008 | | | | | | X | 7,275.00 |

Sheet no. __3__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 7,275.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4-722 - 30195 - PDF-XChange 3.0

In re  Jack Carlton Cramer, Jr. _____ ,      Case No. ___09-15167-SJS_____

                   **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Unknown<br><br>Great Seneca/Discover Bank/CC09<br>Wolpoff & Abramson LLP<br>Two Irvington Centre<br>702 King Farm Blvd<br>Rockville MD 20850-5775 | | | Incurred: Unknown<br>Amount listed is based on proof of claim filed 12/09/2005 in prior chapter 13 case. | | | X | 7,244.07 |
| ACCOUNT NO.  Various<br><br>HOUSEHOLD ORCHARD BANK<br>1441 SCILLING PL<br>SALINAS  CAS 93901 | | | Incurred: 2000 to 2003<br>Acct 54079 1205271<br>Acct 544045006411<br>Acct 5407912052718214<br>Acct 85056832 | | | X | Notice Only |
| ACCOUNT NO.  Various<br><br>HSBC BANK<br>PO BOX 5253<br>CAROL STREAM, IL 60197 | | | Incurred: 2006<br>Acct 540791205271<br>Acct 544045006411<br>Acct 5407912052718214<br>Acct 85056832<br>Acct 515597000410 | | | X | Notice Only |
| ACCOUNT NO.  8194560135<br><br>JC PENNEY<br>PO BOX 27570<br>ALBUQUERQUE  NM  87125 | | | Incurred: 2003 | | | X | Unknown |
| ACCOUNT NO.  Unknown<br><br>Jefferson Capital Systems, LLC<br>POB 23051<br>Columbus, GA 31902-3051 | | | Incurred: Unknown<br>Amount listed is based on proof of claim filed 11/01/2005 in prior chapter 13 case. | | | X | 2,241.94 |

Sheet no. __4__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 9,486.01

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4-722 - 30195 - PDF-XChange 3.0

In re ___Jack Carlton Cramer, Jr._____ ,        Case No. ___09-15167-SJS_____
               **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Case No. 05-2-05040-3 SEA<br><br>JEFFREY G. POOLE PC<br>ONE UNION SQR STE 2420<br>SEATTLE WA 98101-1129 | | | Judgment entered 06-29-2004 in King Cnty Dist Ct Case # Y3-5834. King Cnty Superior Ct Case # 05-2-05040-3 & Jdgmt # 05-9-04830-7. | | | X | 6,362.99 |
| ACCOUNT NO. N/A<br><br>Jeffrey Gene Poole<br>PO Box 1661<br>Everett, WA 98206-1661 | | | Alternate address for Mr. Poole | | | | Notice Only |
| ACCOUNT NO. Various account no's<br><br>LEASE FINANCE GROUP LLC<br>233 N MICHIGAN AVE STE 1<br>CHICAGO, IL 60601 | | | Incurred: Opened 2000<br>Charged off various accounts:<br>Acct # 88028943<br>Acct # 88033030....<br>Acct # 88041906.... | | | X | 11,134.00 |
| ACCOUNT NO. 3020....<br><br>LES SCHWAB TIRE CENTER<br>PO BOX 5350<br>BEND, OR 97708 | | | | | | X | Notice Only |
| ACCOUNT NO. Various accts<br><br>LFGA DIV CIT FINANCIAL<br>POB 6500<br>SIOUX FALLS SD 57117 | | | Incurred: 2000 to 2001 | | | X | Notice Only |

Sheet no. _5_ of _8_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $    17,496.99

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4-722 - 30195 - PDF-XChange 3.0

In re <u>Jack Carlton Cramer, Jr.</u> ,      Case No. <u>09-15167-SJS</u>

         **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Unknown<br><br>LVNV Funding LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | | | Incurred: Unknown<br>Amount listed is based on proof of claim filed 02/21/2006 in prior chapter 13 case. | | | X | 4,669.58 |
| ACCOUNT NO. 486164698....<br><br>MACYS/FDSB<br>9111 DUKE BLVD<br>MASON, OH 45040 | | | Incurred: Opened 1997<br>Account closed in 2004 | | | X | 900.00 |
| ACCOUNT NO. 486138965....<br><br>MCYDSNB<br>9111 DUKE BLVD<br>MASON, OH 45040 | | | | | | X | Notice Only |
| ACCOUNT NO. 079120527182<br><br>NATIONAL CREDIT ADJUST<br>327 W 4TH AVE<br>HUTCHINSON  KS  67501 | | | Incurred: 2003? | | | X | Notice Only |
| ACCOUNT NO. PAL1VERIZN716....<br><br>PALISADES COLLECTION LLC<br>210 SYLVAN AVE<br>ENGLEWOOD, NJ 07632 | | | Incurred: Opened 2006<br>Coolection agent for Verizon Northwest, Inc. | | | X | 418.00 |

Sheet no. <u>6</u> of <u>8</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      5,987.58

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc.- ver. 4.4.4-722 - 30195 - PDF-XChange 3.0

In re  Jack Carlton Cramer, Jr._____,    Case No. ___09-15167-SJS_____
  **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4-722 - 30195 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  10560601<br><br>PROVIDIAN<br>4900 JOHNSON DR<br>PLEASANTON  CA 94588 | | | Incurred: 2003 | | | X | Notice Only |
| ACCOUNT NO.  Unknown<br><br>Recovery Management Systems Corp<br>For Centurion Credit Corporation<br>As Assignee of PROVIDIAN<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | | | Incurred: Unknown<br>Amount listed is based on proof<br>of claim filed 02/21/2006 in<br>prior chapter 13 case. | | | | 4,448.46 |
| ACCOUNT NO.  5-9508448724<br><br>SEARS<br>PO BOX 740281<br>HOUSTON TX 77274 | | | Incurred: 2003 | | | | Notice Only |
| ACCOUNT NO.  95084487<br><br>SEARS/CBSD<br>PO BOX 6924<br>THE LAKES, NV 88901 | | | Sold to another lender. | | | | Notice Only |
| ACCOUNT NO.  5307027069<br><br>Shell/CITI<br>PO Box 15687<br>Wilmington DE 19850 | | | | | | | Notice Only |

Sheet no.  7  of  8  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  4,448.46

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Jack Carlton Cramer, Jr. _____,     Case No. ___09-15167-SJS_____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Case # 05-2-14534-0 SEA<br><br>SUTTELL & ASSOCIATES PS<br>7525 SE 24TH STREET<br>MERCER ISLAND  WA 98040 | | | Incurred: 2005<br>Judgment entered in<br>King County Superior Court | | | | 7,549.00 |
| ACCOUNT NO.  6139490<br><br>VERIZON WEST NORTHWEST<br>Customer Sales & Solutions Center<br>P.O. Box 11328<br>St. Petersburg, FL 33733 | | | Incurred: 2004 | | | | 418.00 |
| ACCOUNT NO.<br><br>WFFNB EXPRESS<br>PO BOX 330066<br>NORTHGLENN  CO 80233 | | | Alternate address | | | | Notice Only |
| ACCOUNT NO.  34465871344658711<br><br>WFNNB/EXPRESS<br>4590 E BROAD ST<br>COLUMBUS, OH 43213 | | | Incurred: 2004 | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |

Sheet no. __8__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　7,967.00

Total ➤　$　54,059.04

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc.- ver. 4.4-722 - 30195 - PDF-XChange 3.0

In re  Jack Carlton Cramer, Jr.                    Case No.        09-15167-SJS
_____            _____
                    **Debtor**                                          **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc.- ver. 4.4-722 - 30195 - PDF-XChange 3.0

In re   Jack Carlton Cramer, Jr.                    Case No.   09-15167-SJS
_____                  _____
                **Debtor**                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Debora Lorraine Johnston<br>Debtor's wife.  Dissolution of<br>marriage is pending in Snohomish<br>County Superior Court. | FORD CREDIT<br>PO BOX 152271<br>IRVING, TX 75015 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc... ver. 4.4-722 - 30195 - PDF-XChange 3.0

In re   Jack Carlton Cramer, Jr.                    Case   09-15167-SJS
_____            _____
**Debtor**                                                   **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:   Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): No dependents | AGE(S): |

| **Employment:** | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Occupation | Mechanic | |
| Name of Employer | The Boeing Company | |
| How long employed | Since August 2007 | |
| Address of Employer | P.O. Box 3707 | |
| | Seattle, WA 98124-2207 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 0.00 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| | b. Insurance | $ 0.00 | $ 0.00 |
| | c. Union Dues | $ 0.00 | $ 0.00 |
| | d. Other (Specify:_____ ) | $ 0.00 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. | Income from real property | $ 0.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify) _____ | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income (D)Unemployment $595/week (Specify) _____ | $ 2,576.00 $ 0.00 | $ 0.00 $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,576.00 | $ 0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 2,576.00 | $ 0.00 |
| 16. | COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | $ 2,576.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Debtor was laid off from his job at the Boeing Co. effective end of May 2009 and is seeking work elsewhere.

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4-722 - 30195 - PDF-XChange 3.0

In re __Jack Carlton Cramer, Jr.__          Case No. __09-15167-SJS__
        **Debtor**                                         **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
|     a. Are real estate taxes included?    Yes _____ No __√__ | |
|     b. Is property insurance included?    Yes _____ No __√__ | |
| 2. Utilities: a. Electricity and heating fuel | $ 200.00 |
|           b. Water and sewer | $ 165.00 |
|           c. Telephone | $ 110.00 |
|           d. Other _Garbage $134; Cable $95_ | $ 229.00 |
| 3. Home maintenance (repairs and upkeep) | $ 200.00 |
| 4. Food | $ 400.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 30.00 |
| 7. Medical and dental expenses | $ 30.00 |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 125.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $ 100.00 |
|           b. Life | $ 125.00 |
|           c. Health | $ 494.00 |
|           d. Auto | $ 179.00 |
|           e. Other_____ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) __Tax withheld from unemploymentt__ | $ 46.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto | $ 621.00 |
|           b. Other_____ | $ 0.00 |
|           c. Other_____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other_____ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 3,404.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    Debtor is seeking employment and expects to find work at approx $40,000 per year.

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $ 2,576.00 |
|     b. Average monthly expenses from Line 18 above | $ 3,404.00 |
|     c. Monthly net income (a. minus b.) | $ -828.00 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4.4-722 - 30195 - PDF-XChange 3.0

In re   Jack Carlton Cramer, Jr.

**Debtor**

Case No.   09-15167-SJS

**(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____26_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   June 18, 2009

Signature:   /s/ Jack Carlton Cramer, Jr.

Debtor:

Date

Signature:   Not Applicable

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,
of Bankruptcy Petition Preparer

Social Security No.
*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X

Signature of Bankruptcy Petition Preparer

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date

Signature:

[Print or type name of individual signing on behalf of debtor.]

------------------------------------------------------------------------------------------------------------------

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2008 ©1991-2008, New Hope Software, Inc. - ver. 4.4-722 - 30195 - PDF-XChange 3.0