1 | SAMUEL J. STEINER
U.S. Bankruptcy Judge
2 | 700 Stewart Street
Seattle, WA  98101
3
(206) 370-5300
4

5

6
IN THE UNITED STATES BANKRUPTCY COURT FOR THE
7 | WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

8
In re                              )    NO. 09-15167
9                                   )
   JACK CARLTON CRAMER, JR.,        )    Chapter 7
10                                  )
                                    )    ORDER ON MOTION FOR RELIEF
11             Debtor.              )    FROM THE AUTOMATIC STAY

12

13     This matter having come on regularly for hearing before the

14 undersigned Bankruptcy Judge of the above entitled Court on March

15 26, 2010, on the motion of Residential Funding Real Estate Holding,

16 LLC, for relief from the automatic stay; the moving party appearing

17 through Melissa Williams Romeo of counsel, and the debtor being

18 represented by Helmut Kah, and the estate (trustee) having failed

19 to appear or respond; and it appearing from the record that the

20 Discharge was entered in this cause on September 2, 2009; and the

21 Court having concluded that the entry of the Discharge terminates

22 the automatic stay as to the debtor as a matter of law, which make

23 his response to the motion moot; and the Court having been

24 otherwise advised; now therefore, it is

25      ORDERED as follows:

26

ORDER ON MOTION FOR RELIEF
FROM THE AUTOMATIC STAY - 1

1. The motion for relief from the automatic stay is granted as to any interest of the trustee or the estate as to the real property described in the deed of trust attached to the motion.

2. Any objection of the debtor is moot, and is therefore denied.

/// END OF ORDER ///

*[Signature]*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

ORDER ON MOTION FOR RELIEF
FROM THE AUTOMATIC STAY - 2
Case 09-15167-SJS    Doc 35    Filed 03/31/10    Ent. 03/31/10 15:17:27    Pg. 2 of 2