The Honorable Samuel J. Steiner<br>
Chapter 7<br>
Hearing Location: Courtroom 8206, Seattle<br>
Hearing Date: April 30, 2010<br>
Hearing Time: 9:30 a.m.<br>
Response Date: April 23, 2010

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| In Re:<br><br>JACK CARLTON CRAMER JR.<br><br><br>Debtors. | Chapter 7<br>No. 09-15167<br><br>NOTICE AND MOTION<br>TO ABANDON CLAIM |

### NOTICE

TO: Debtor, Creditors, and Other Interested Parties

And to: Clerk of the Court

YOU AND EACH OF YOU are hereby given notice that the Trustee's Motion for Order to Abandon Claim will be heard by the court as follows:

JUDGE: Samuel J. Steiner  TIME: 9:30 a.m.
PLACE: Courtroom 8206  DATE: April 30, 2010
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

<u>Objections/Responses</u>

Any responses or objections to the motion must be in writing, with the original filed with the Clerk of the Bankruptcy Court, Room 6301, 700 Stewart Avenue, Seattle, Washington 98101, prior to the response date which is April 23, 2010. Failure to comply with this local rule may be deemed by the court as opposition without merit. If you are an attorney, your response or objection must be filed electronically on the Court's CM/ECF system. A copy should be delivered to the chambers of the judge hearing this matter, a copy served on the United States Trustee, Room 5103, 700 Stewart

NOTICE AND MOTION - 1

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE

Avenue, Seattle, Washington 98101, and a copy served on the Trustee at the address shown in the lower right hand corner of this Notice or via ECF. If responsive pleadings are not filed as stated above, the hearing may be stricken and an order granting the relief requested in the motion may be presented, without further notice, to the court ex-parte prior to the scheduled hearing.

## MOTION

COMES NOW the Chapter 7 Trustee, Ronald G. Brown, and moves this court pursuant to 11 U.S.C. §554 and BR 6007(a) for an order abandoning the bankruptcy estate's interest in a claim against Countrywide Home Loans and Land Safe Title of Washington.

The debtor filed Chapter 7 proceedings on May 28, 2009. On his schedules of assets, the debtor listed a damage claim against Countrywide Home Loans and Land Safe Title of Washington caused by breach of a settlement agreement in July, 2003, in King County Superior Court under Case No. 02-2-23019-9 SEA. The debtor's schedules state that the "value of this claim is substantial but unliquidated." The debtor has not responded to the trustee's request for evidentiary documentation of the claim.

Residential Funding Real Estate Holding LLC, claiming to be a secured creditor, obtained an order for relief from stay on March 31, 2010 from the Bankruptcy Court to foreclose, against the debtor's residential real property at 15605 63rd Avenue NE in Kenmore, Washington. In its motion for relief from stay, it represented that it is the holder of the original promissory note by various assignments of the note, including from Countrywide. The debtor objected to the motion and raised a number of issues. It appears from the record that there may be little or no equity in the property according to the claims of Residential Funding Real Estate Holding LLC. It also appears that, even if the debtor might prevail on a damage claim, such a claim would be an offset to any secured claims against the real property, and would not necessarily yield funds that would be generally available to pay other creditors.

Under the circumstances, without further documentation of the claim, it appears that there would be little or no recovery for general unsecured creditors from pursuit of any claim and that the claim is of minimal value or is burdensome to administer for the bankruptcy estate. Therefore, trustee requests that the court enter an order authorizing abandonment.

NOTICE AND MOTION - 2

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE

1    DATED this 2nd day of April, 2010.

2
                                            /s/ *Ronald G. Brown*
3                                           Ronald G. Brown, WSBA #8816
                                            Chapter 7 Trustee
4

NOTICE AND MOTION - 3

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE