FILED
08 OCT 16 AM 8:30

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 08-2-03307-4 SEA

**SUPERIOR COURT OF WASHINGTON
COUNTY OF KING**

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC., its successors in interest and/or assigns,<br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JACK C. CRAMER, JR. and JANE DOE CRAMER, individually and the marital community comprised thereof; NORMAN MAAS, P.S. PENSION FUND, a Washington Professional Services Corporation; JEFFREY G POOLE, P.C., d/b/a POOLE & ASSOCIATES, P.C., a Washington Professional Services Corporation; Occupants of the Premises; and persons or parties claiming to have any right, title, estate, lien or interest in the real property described in the complaint,<br>　　　　　　　　　　Defendants. | NO: 08-2-03307-4 SEA<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS CRAMER** |

COME NOW the defendants JACK C. CRAMER, JR., and DEBORA L. CRAMER, individually and the marital community composed thereof, (hereinafter "defendants Cramer" unless otherwise indicated), and in answer to plaintiff's complaint, admit, deny, and allege as follows (admissions and denials correspond to the numbered paragraphs of plaintiff's complaint):

**I. ANSWER**

ANSWER AND AFFIRMATIVE DEFENSES
OF DEFENDANTS CRAMER -- Page 1 of 6

**HELMUT KAH,** Attorney at Law
16818 140th Avenue NE
Woodinville, WA 98072-9001
Phone: (425) 892-6467
Fax: (425) 892-6468
Cell: (206) 234-7798
Email: helmut.kah@att.net
WSBA # 18541

1. Defendants are without knowledge or information sufficient to form a belief as to the truth of this averment.

2. Allege that defendant Jack C. Cramer's interest in the subject real property is based upon a Warranty Deed dated on or about February 2, 1977, Quit Claim Deed dated on or about April 14, 1987, and Quit Claim Deed dated on or about July 6, 1999. Admit that the described deed of trust is dated and was recorded on the dates alleged.

3. Admit.

4. Admit.

5. Deny.

6. Admit.

7. Admit.

8. Because defendants Cramer are unable to locate a copy of the alleged Note, and because plaintiff has not provided a copy or the original of the alleged Note as an exhibit or otherwise, defendants Cramer are without knowledge or information sufficient to form a belief as to the truth of this averment.

9. Admit that defendant Jack C. Cramer executed and delivered the deed of trust attached to the complaint as Exhibit A.

10. Defendants Cramer are without knowledge or information sufficient to form a belief as to the truth of this averment.

11. Defendants Cramer are without knowledge or information sufficient to form a belief as to the truth of this averment.

12. Incorporate defendants Cramer's answer to paragraph 8, above.

13. Admit that defendants Cramer have made no payments since May 1, 2001.

ANSWER AND AFFIRMATIVE DEFENSES
OF DEFENDANTS CRAMER -- Page 2 of 6

**HELMUT KAH,** Attorney at Law
16818 140th Avenue NE
Woodinville, WA 98072-9001
Phone: (425) 892-6467
Fax: (425) 892-6468
Cell: (206) 234-7798
Email: helmut.kah@att.net
WSBA # 18541

Case 09-15167-SJS    Doc 38-2    Filed 04/23/10    Ent. 04/23/10 13:18:19    Pg. 2 of 7

See affirmative defenses and counterclaim below.

14. Deny that defendants Cramer are in default. See affirmative defenses and counterclaim below.

15. Denied.

16. Admit that defendants Cramer are not active duty military or service members.

17. Defendants Cramer are without knowledge or information sufficient to form a belief as to the truth of this averment.

18. Incorporate defendants Cramer's answer to paragraph 8, above.

19. Defendants Cramer incorporate by reference their answers to paragraphs 1 through 18 and further admit, deny, and allege:

20. Deny. Incorporate defendants Cramer's answer to paragraph 8, above. See affirmative defenses and counterclaim below.

21. Deny.

22. Deny.

23. Admit.

24. Deny.

25. Except as expressly admitted herein, all allegations of plaintiff's complaint are denied.

## II. AFFIRMATIVE DEFENSES

2.1 Plaintiff is not a bona fide purchaser in good faith or holder in due course of the alleged promissory note and deed of trust.

ANSWER AND AFFIRMATIVE DEFENSES
OF DEFENDANTS CRAMER -- Page 3 of 6

HELMUT KAH, Attorney at Law
16818 140th Avenue NE
Woodinville, WA 98072-9001
Phone: (425) 892-6467
Fax: (425) 892-6468
Cell: (206) 234-7798
Email: helmut.kah@att.net
WSBA # 18541

Case 09-15167-SJS    Doc 38-2    Filed 04/23/10    Ent. 04/23/10 13:18:19    Pg. 3 of 7

2.2 Defendant Jack C. Cramer entered into a settlement agreement with plaintiff's predecessor in interest, Countrywide Home Loan, Inc., (hereinafter "Countrywide") on July 11, 2003, in the case of Countrywide Home Loan, Inc., King County Superior Court case no. 02-2-23019-9 SEA, a true copy of which is attached hereto as Exhibit 1, hereinafter referred to as the "Agreement".

2.3 Countrywide breached the material terms of the agreement.

2.4 Countrywide's breach of the agreement made it impossible for defendants Cramer to obtain refinancing.

2.5 Countrywide's breach made it impossible for defendants Cramer to make payments on the alleged obligation.

2.6 Countrywide refused to accept payments from Cramer.

2.7 Intermediate assignees refused to accept payments from Cramer.

2.8 As a result of Countrywide's breach, the defendant's Cramer have sustained monetary damages, psychological and emotional distress, nervousness, loss of sleep, and mental pain and anguish, due to their inability to refinance, threats of foreclosure, subsequent foreclosure proceedings, been forced into bankruptcy, and the instant foreclosure proceeding, all to Cramer's damage in the sum of $1,000,000.00.

2.9 Plaintiff's claims are subject to all claims, damages, and defenses that defendants Cramer have and may assert against Countrywide, plaintiff's predecessor in interest.

3.0 Plaintiff is equitably estopped to assert any claim for monetary damages and foreclosure against defendants Cramer.

3.1 Plaintiff's claim is barred by laches.

ANSWER AND AFFIRMATIVE DEFENSES
OF DEFENDANTS CRAMER -- Page 4 of 6

HELMUT KAH, Attorney at Law
16818 140th Avenue NE
Woodinville, WA 98072-9001
Phone: (425) 892-6467
Fax: (425) 892-6468
Cell: (206) 234-7798
Email: helmut.kah@att.net
WSBA # 18541

Case 09-15167-SJS    Doc 38-2    Filed 04/23/10    Ent. 04/23/10 13:18:19    Pg. 4 of 7

3.2 Plaintiff's claim is barred by the applicable statute of limitations.

3.3 Plaintiff acquired its interest in the claim asserted herein for a grossly inadequate consideration. It would be inequitable under all the circumstances to grant plaintiff the relief it seeks through this litigation.

3.4 The July 11, 2003, settlement with Countrywide, referenced above, and Countrywide's breach of said settlement agreement, is res judicata as to plaintiff's claims herein.

3.5 Plaintiff's claim and interest in the asserted promissory note and deed of trust is so indefinite and uncertain that it is not susceptible of the relief plaintiff claims herein.

3.6 Plaintiff's claim is barred by the statute of frauds.

3.7 Plaintiff is not the real party in interest.

3.8 Countrywide Home Loans, plaintiff's predecessor in interest, breached a condition subsequent to the formation of the July 11, 2003, settlement agreement, i.e. it failed to clear derogatory credit reporting from defendant Cramer's credit bureau files, thereby rendering Cramer's obligations impossible to perform and unenforceable. Therefore, plai8ntiff's claim against defendants Cramer is barred.

3.9 <u>D</u>efendants Cramer are entitled to setoff against plaintiff's claims of any and all damages, costs, expenses, and attorney fees recoverable by Cramer against Countrywide.

III. PRAYER FOR RELIEF

WHEREFORE, having fully answered the allegations contained in the Plaintiff's complaint, Defendants Cramer pray for relief as follows:

3.1 That plaintiff's claims be denied, that its complaint be dismissed with prejudice, and that it take nothing thereby.

ANSWER AND AFFIRMATIVE DEFENSES
OF DEFENDANTS CRAMER -- Page 5 of 6

**HELMUT KAH,** Attorney at Law
16818 140th Avenue NE
Woodinville, WA 98072-9001
Phone: (425) 892-6467
Fax: (425) 892-6468
Cell: (206) 234-7798
Email: helmut.kah@att.net
WSBA # 18541

Case 09-15167-SJS   Doc 38-2   Filed 04/23/10   Ent. 04/23/10 13:18:19   Pg. 5 of 7

3.2 That defendants Cramer be awarded their reasonable attorney fees herein pursuant to contract.

3.3 That defendants Cramer be granted setoff against plaintiffs claims any and all damages, costs, expenses, and attorney fees recoverable by Cramer against Countrywide.

3.4 That defendants Cramer be awarded their costs and disbursements herein.

3.5 That defendants Cramer be awarded such other, further and different relief as the court deems just and proper in the premises.

Respectfully submitted this 16th day of October, 2008.

/s/ Helmut Kah
Helmut Kah, WSBA # 18541
Attorney for defendants Cramer

ANSWER AND AFFIRMATIVE DEFENSES
OF DEFENDANTS CRAMER -- Page 6 of 6

**HELMUT KAH,** Attorney at Law
16818 140th Avenue NE
Woodinville, WA 98072-9001
Phone: (425) 892-6467
Fax: (425) 892-6468
Cell: (206) 234-7798
Email: helmut.kah@att.net
WSBA # 18541

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Case Number: 08-2-03307-4
Case Title: RESIDENTIAL FUNDING ET AL VS CRAMER JR ET AL
Document Title: ANSWER OF DEFENDANTS CRAMER
User's Name: Helmut Kah
Filed Date: 10/16/2008 8:30:00 AM

User Signed

Signed By: Helmut Kah
WSBA #: 18541
Date: 10/16/2008 8:29:02 AM