FILED
Western ... of Washington
...Seattle

APR ... 2010

U.S. ... ...tcy C...

The Honorable Samuel J. Steiner
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:

JACK CARLTON CRAMER JR.

Debtor.

Chapter 7
No. 09-15167

ORDER AUTHORIZING
ABANDONMENT
OF BUSINESS ASSETS

THIS MATTER having come before the court upon the Trustee's motion, notice having been properly given to the debtors, creditors, and other interested parties, and no objection having been made, the court having reviewed the trustee's motion, *The Debtor's Response,* and the records and files herein and being fully advised, now, therefore,

IT IS HEREBY ORDERED that, pursuant to 11 U.S.C. §554, the trustee is authorized to abandon the bankruptcy estate's interest in a claim against Countrywide Home Loans and Land Safe Title of Washington related to a settlement agreement in July, 2003, in King County Superior Court under Case No. 02-2-23019-9 SEA.

DATED this 30 day of April, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

Presented by:

/s/ Ronald G. Brown
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

Reviewed
Helmut Kah, WSBA 18541
Attorney for Jack C. Cramer

ORDER AUTHORIZING ABANDONMENT

RONALD G BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE